IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL SIQUEIORS,

    Petitioner,               No. CIV S-09-0160 DAD P

    vs.

WARDEN, MULE CREEK
STATE PRISON, et al.,

    Respondents.        ORDER

/

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not filed an application to proceed in forma pauperis.

    The application attacks a judgment of conviction entered in the Los Angeles County Superior Court. While both this Court and the United States District Court in the United States District Court for the Central District of California where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Los Angeles County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

/////

/////

1  Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this
2  matter is transferred to the United States District Court for the Central District of California.
3  DATED: January 27, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:md
siqu016.108